**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| Kenneth Widmer,<br><br>        Plaintiff,<br><br>v.<br><br>Apex Financial Management System, LLC,<br><br>        Defendant. | Case No.<br><br>**COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT AND OTHER EQUITABLE RELIEF**<br><br>**JURY DEMAND ENDORSED HEREIN** |

## PARTIES

1. Plaintiff is a natural person who resided in Garden City, Michigan at all times relevant to this action.

2. Defendant is an Illinois limited liability company that maintained its principal place of business in Buffalo Grove, Illinois at all times relevant to this action.

## JURISDICTION AND VENUE

3. Pursuant to 28 U.S.C. §1331, this Court has federal question jurisdiction over this matter as it arises under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq.

4. Pursuant to 28 U.S.C. §1391(b), venue is proper because a substantial part of the events giving rise to this claim occurred in this judicial district.

## STATEMENT OF FACTS

5. At all times relevant to this action, Defendant engaged in the business of consumer debt collection.

6. Defendant regularly uses the telephone and mail to collect consumer debts that Defendant either purchased or had been hired to collect.

7. The principal source of Defendant's revenue is debt collection.

8. Defendant is a "debt collector" as defined by 15 U.S.C. §1692a(6).

9. As described below, Defendant contacted Plaintiff about an obligation allegedly owed to GE Capital, which had been incurred for personal rather than commercial purposes.

10. This obligation is a "debt" as defined by 15 U.S.C. §1692a(5).

11. Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3) because Defendant has alleged that Plaintiff owes the debt.

12. In or around August 2010, Defendant telephoned Plaintiff on several occasions in connection with the collection of the debt.

13. On or around September 3, 2010, Plaintiff retained an attorney to file bankruptcy.

14. On or around September 15, 2010, Plaintiff telephoned Defendant and spoke to Defendant's employee Mr. Delgado.

15. During this communication, Plaintiff notified Mr. Delgado that Plaintiff had retained an attorney to file for bankruptcy, provided his attorney's telephone number, and informed Mr. Delgado that Plaintiff would therefore not pay Defendant.

16. During this communication, Mr. Delgado belligerently replied to Plaintiff's notice by threatening that he would simply contact Plaintiff's payroll department about the debt since Plaintiff would not pay voluntarily, implying not only that the debt would be disclosed to a third party but also that Plaintiff's wages would be garnished.

17. At the time of this communication, Defendant had neither the intent nor ability to garnish Plaintiff's wages.

18. At the times of this communication, Defendant had not received Plaintiff's consent to speak to his payroll department about the debt.

19. Defendant violated the FDCPA.

## COUNT ONE

### Violation of the Fair Debt Collection Practices Act

20. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

21. Defendant violated 15 U.S.C. §1692e by using false, deceptive, or misleading representations in connection with the collection of the debt.

## JURY DEMAND

22. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

23. Plaintiff prays for the following relief:

   a. Judgment against Defendant for actual damages, statutory damages, and costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

   b. For such other legal and/or equitable relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.
Attorneys for Plaintiff

By: s/Timothy J. Sostrin
   Timothy J. Sostrin
   233 S. Wacker, Suite 5150
   Chicago, IL 60606
   Telephone:  312-753-7576
   Fax: 312-822-1064
   Email:  tjs@legalhelpers.com

   s/ with consent of Lori A. Leigh
   Lori A. Leigh
   17117 W. Nine Mile, Suite 1020
   Southfield, MI 48075
   Telephone: 866-339-1156
   Fax: 248-569-3874
   Email: lal@legalhelpers.com
   Bar # P65423 (Local Counsel)