# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Kenneth Widmer, | Case No. 4:10-cv-14691-MAG-VMM |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Apex Financial Management System, LLC, | |
| Defendant. | |

Plaintiff, by and through counsel, give Notice that the parties in the above-captioned matter have reached a settlement.  The parties expect to be in a position to file a Stipulation of Dismissal with prejudice in the next 30 days to allow time for full execution of the settlement agreement.

                                         RESPECTFULLY SUBMITTED,

                                         Macey & Aleman, P.C.

                                         By: s/Nicholas J. Prola
                                               Nicholas J. Prola
                                               Macey & Aleman, P.C.
                                               233 S. Wacker
                                               Sears Tower, Suite 5150
                                               Chicago, IL 60606
                                               Telephone:  866-339-1156
                                               Email: npr@legalhelpers.com
                                               Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2011, I electronically filed the foregoing motion via the Court's CM/ECF system, which will perfect service upon the following:

Timothy J. Kramer
ABBOTT NICHOLSON, P.C
tjkramer@abbottnicholson.com

/s/ Nicholas J. Prola