# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Kenneth Widmer, | Case No. 4:10-cv-14691-MAG-VMM |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| Apex Financial Management System, LLC, | |
| Defendant. | |

Now come the parties, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss the present action with prejudice, each party to bear its own costs.


RESPECTFULLY SUBMITTED,


By:/*s/ Nicholas J. Prola*  
Nicholas J. Prola  
Macey & Aleman, P.C.  
233 S. Wacker Drive, Suite 5150  
Chicago, IL 60606  
312-753-7576  
npr@legalhelpers.com  
*Attorney for Plaintiff*

/s/ Timothy J. Kramer  
Timothy J. Kramer  
Abbott Nicholson, P.C.  
300 River Place, Suite 3000  
Detroit, MI 48207  
313-566-2500  
tjkramer@abbottnicholson.com  
*Attorney for Defendant*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Kenneth Widmer,<br><br>    Plaintiff,<br><br>v.<br><br>Apex Financial Management System, LLC,<br><br>    Defendant. | Case No. 4:10-cv-14691-MAG-VMM<br><br>Hon. Mark A. Goldsmith<br><br>**STIPULATED ORDER DISIMISSING<br>CASE WITH PREJUDICE** |

Pursuant to the stipulation of the parties on June 30, 2011, the Court hereby ORDERS that this action be DISMISSED WITH PREJUDICE, each party to bear its own costs.  The Clerk is directed to close this file.

**IT IS SO ORDERED .**

Dated:  June 30, 2011                                  s/Mark A. Goldsmith
     Flint, Michigan                                 MARK A. GOLDSMITH
                                                               United States District Judge

**CERTIFICATE OF SERVICE**

     The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 30, 2011.

                                                                     s/Deborah J. Goltz
                                                                     DEBORAH J. GOLTZ
                                                                     Case Manager